# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JULIE DALTON, individually and on behalf of all others similarly situated, | Case No. 24-CV-942 (NEB/LIB) |
| Plaintiff, | |
| v. | ORDER FOR DISMISSAL |
| MAURICES INCORPORATED, | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal With Prejudice filed on May 6, 2024 (ECF No. 10), IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE on the merits, and without costs to either party.

Dated: May 6, 2024

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge